IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02387-MSK-BNB

BANKFIRST,

Plaintiff,

v.

MICHAEL KETTEL,

Defendant.

___

## ORDER
___

This matter arises on the **Unopposed Motion of Defendant's Counsel to Withdraw** [Doc. # 17, filed 4/3/2009] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. Scott C. Sandberg, Dustin L. Kitson, and the law firm of Snell & Wilmer, L.L.P., are allowed to withdraw and are relieved of any further responsibility in the case.

Dated April 14, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge