IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02387-MSK-BNB

BEAL BANK NEVADA and
OUTSOURCE MANAGEMENT, LLC,

       Plaintiffs,

v.

MICHAEL KETTELL,

       Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Certain Claims (Motion) **(#50)** filed April 19, 2010. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted by Outsource Management, LLC against Michael Kettell are dismissed, without prejudice, each party to bear his, her or its own costs. It is

**FURTHER ORDERED** that the Final Trial Preparation Conference set for April 20, 2010, is **VACATED**. The Clerk shall close this case.

DATED this 20th day of April, 2010.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge